**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **DANICA MOORE,**<br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>**PHILADELPHIA FIGHT,**<br>　　　　*Defendant.* | **Civil No. 23-3167** |

**ORDER**

**AND NOW,** on this 30th day of June, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 52), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** The Clerk of Court is hereby **ORDERED** to close this case.

　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　_____
　　　　　　　　　　　　MARY KAY COSTELLO
　　　　　　　　　　　　United States District Judge